UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Justin Jones, | : |
| | : Civil Action No.: 4:17-cv-00541-ALM-KPJ |
| Plaintiff, | : |
| v. | : |
| | : |
| ProCollect, Inc., | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

Justin Jones                                              ProCollect, Inc.

___/s/ Jenny DeFrancisco_____         _____

Jenny DeFrancisco, Esq.                           John W. Bowdich, Esq.
CT Bar No. 432383                                   TX Bar #00796233
Lemberg Law, L.L.C.                                 BOWDICH & ASSOCIATES, PLLC
43 Danbury Road, 3rd Floor                     10440 N. Central Expy., Suite 1540
Wilton, CT 06897                                      Dallas, Texas 75231
Telephone: (203) 653-2250                      Telephone: (214) 307-9500
Attorney for Plaintiff                                 Attorney for Defendant


_____
SO ORDERED

## CERTIFICATE OF SERVICE

    I hereby certify that on November 15, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

    By /s/ Jenny DeFrancisco_____
    Jenny DeFrancisco